**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00977-CR

### GERARDO GOMEZ-MACIEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-32880-M**

## ORDER

The Court **REINSTATES** the appeal.

On April 30, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Christian Souza; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel requested an additional three weeks from the May 18, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **MONDAY, JUNE 15, 2015**.

/s/    ADA BROWN
         JUSTICE